IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.:  3:08mj334/MD

CHARLES R. FLYNN, JR.

## ORDER

This case was previously set to be tried to a jury on December 1, 2008 (doc. 7). On review of the charge, it is clear that the defendant is charged with two offenses brought pursuant to 36 C. F. R. §§ 4.2 and 4.2(b). Because the maximum penalty for violation of such regulations is six months imprisonment, they are treated as petty offenses for federal purposes. Defendants accused of petty offenses are not entitled to trial by jury. *Baldwin v. New York*, 399 U.S. 66, 90 S.Ct. 1886, 26 L.Ed.2d 437 (1970); *United States v. Chavez*, 204 F.3d 1305 (11th Cir. 2000).

Accordingly, it is ORDERED that on its own motion, the Court's order of October 17, 2008 setting this case for jury trial, is VACATED. A bench trial before the undersigned will be noticed by the clerk.

DONE AND ORDERED at Pensacola this 12th day of November, 2008.

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE